# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

MARCUS J. WILKERSON

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:06cr410-1-C
USM Number: 14245-0431

Angela Parrott
Defendant's Attorney

**THE DEFENDANT:**

 X   admitted guilt to violation of condition(s) 1-12 of the term of supervision.
 X   was found in violation of condition(s) count(s) 13-15 after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New Law Violation | 9/3/2006 |
| 2 | | 9/25/2006 |
| 3 | | 9/27/2006 |
| 4 | | 10/5/2006 |
| 5 | Drug/Alcohol Use | 9/8/2006 |
| 6 | Failure to Comply with Drug Testing.Treatment Requirements | 10/3/2006 |
| 7 | Failure to Submit Monthly Supervision Reports | 9/2006 |
| 8 | Failure to Report to Probation Officer | 10/3/2006 |
| 9 | Failure to Maintain Lawful Employment | 10/11/2006 |
| 10 | Failure to Report Change in Employment | 9/8/2006 |
| 11 | Failure to Report Contact with Law Enforcement Officer | 10/5/2006 |
| 12 | Other | 8/9/2006 |
| 13-15 | New Law Violations | 11/24/2006 |

   The Defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

__   The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

   **IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Signed: February 9, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

Defendant: MARCUS J. WILKERSON
Case Number: 3:06cr410-1-C

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>TWENTY-FOUR (24) MONTHS</u>.

<u>X</u>　　The Court makes the following recommendations to the Bureau of Prisons:

That the defendant has a history of substance abuse and the court recommends that the defendant be allowed to participate in any substance abuse treatment program while incarcerated, pursuant to 18:3621(e)(2).
That the defendant be designated as close to Charlotte, NC as possible.

<u>X</u>　　The Defendant is remanded to the custody of the United States Marshal.

__　　The Defendant shall surrender to the United States Marshal for this District:

　　　　__　　As notified by the United States Marshal.

　　　　__　　At___a.m. / p.m. on ___.

__　　The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　　　__　　As notified by the United States Marshal.

　　　　__　　Before 2 p.m. on ___.

　　　　__　　As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

　　　　　　　　　　_____
　　　　　　　　　　United States Marshal

　　　　By:　　_____
　　　　　　　　　　Deputy Marshal